USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Zvi Saar,

Defendant.

85 Cr. 802 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant *pro se*, Zvi Saar, moves for a mistrial forty years after he was convicted of distribution and possession of controlled substances. *See* ECF No. 102 at 1. The Court denies Saar's motion. The Court construes Saar's motion as a post-conviction habeas petition under 28 U.S.C. § 2255 seeking to vacate or set aside his conviction. The motion is denied because, among other deficiencies, it is untimely and because Saar no longer appears to be in custody. *See* 28 U.S.C. § 2255 (providing that § 2255 motions must be filed within one year of "the date on which the judgment of conviction becomes final," or within one year of other events not applicable here, and that § 2255 relief is only available to those "in custody"); *see also* ECF No. 102 at 1, 11 (listing total jail time as 84 months and noting the Second Circuit's mandate affirming the district court's judgment in a February 6, 1989 docket entry).

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 103 and mail a copy of this order to Defendant *pro se*.

Dated: September 1, 2026
New York, New York

ANALISA TORRES
United States District Judge